UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLEINTE J. BUCKNER,

    Petitioner,                        Civil No. 2:12-CV-12592
                                              HONORABLE GERALD E. ROSEN

v.

LINDA TRIBLEY,

    Respondent,
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Gerald E. Rosen, Chief United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on April 08, 2013.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability is GRANTED with respect to Petitioner's First Claim and DENIED with respect to his remaining claims.

                                                         DAVID J. WEAVER
                                                         CLERK OF THE COURT

APPROVED:
                                                          BY: s/Julie Owens
                                                              DEPUTY CLERK

s/Gerald E. Rosen
HON. GERALD E. ROSEN

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 8, 2013, by electronic and/or ordinary mail.

                                            S/Julie Owens
                                            Case Manager, (313) 234-5135